Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA A. KAYE,<br><br>Defendant. | Docket Number 6:21-po-00113-HBK<br><br>**MOTION TO DISMISS VIOLATION NUMBER 9290286 AND RESOLVE VIOLATION NUMBER 9290287 THROUGH FORFEITURE OF COLLATERAL; AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation number 9290286 (commercial still photography without a permit), without prejudice and in the interest of justice. Additionally, violation number 9290287 (engaging in an activity for which a permit is required) can be resolved through forfeiture of collateral, in the amount of $250, consistent with the bail schedule, plus the $30 Central Violations Bureau processing fee, in the matter of case *6:21-po-00113-HBK*. The total amount of $280 is to be paid within 60 days.

Respectfully submitted,

1

                                                            McGREGOR SCOTT
                                                            United States Attorney

Dated:  February 26, 2021              /S/ *Sean O. Anderson*
                                                            SEAN O. ANDERSON
                                                            Legal Officer
                                                            Yosemite National Park

## ORDER

Upon review of the matter of *United States v. Kaye*, case no. 6:21-po-00113-HBK, the Court GRANTS the motion filed by the United States on February 26, 2021 (Doc. No. 5) as follows:

1. Pursuant to Fed. R. Crim. Pro. 48, violation no. 9290286 is hereby dismissed without prejudice in the interest of justice;
2. Violation no. 9290287 can be resolved through forfeiture of collateral in the amount of $250.00 consistent with the bail schedule, plus the $30.00 Central Violations Bureau processing fee.
3. The total amount due ($280.00) must be paid within sixty (60) days of this order.

IT IS SO ORDERED.

Dated:  March 1, 2021                                                   
                                                          HELENA M. BARCH-KUCHTA
                                                          UNITED STATES MAGISTRATE JUDGE